UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN WISE,<br>Plaintiff,<br>v.<br>SAMANTHA TORRES, *et al.*,<br>Defendants. | Case No. 3:26-CV-00514-ART-CLB<br>ORDER |

Plaintiff Steven Wise brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated. Plaintiff has filed a motion seeking a status check, (ECF No. 9), and a motion to serve the defendants. (ECF No. 11.) These motions are premature and improper and are therefore DENIED.

As a starting point, the Court explained in the advisory letter that it sent Plaintiff when he initiated this action, "[t]he Court will review your complaint before docketing and service of defendants." (ECF No. 2 at 1.) Review means that the Court will "screen" the complaint under 28 U.S.C. § 1915A "to identify any 'colorable claims'" and dismiss any claims that are frivolous, malicious, or fail to state a colorable claim for relief or seek monetary damages from any defendant who is immune from that relief." (*Id.*) "This process may take many months." (*Id.*) In this instance, the Court has not yet screened the complaint and therefore service cannot and will not be ordered until the Court determines whether any claims can proceed.

In addition, Plaintiff has filed a motion seeking a "status check" in this case. (ECF No 9.) As the court clerk advised you in the "Advisory Letter" confirming receipt of your initial filings, (ECF No. 2), due to the large number of inmate civil rights actions pending before the Court, the Court is unable to respond in writing to individual inquiries regarding the status of your case. Plaintiff is advised, however, that your case is in line for screening, which may take many months to complete to the large volume of cases pending before the Court. Plaintiff must await the Court's initial review of cases filed ahead of yours which

are being addressed at present. If you keep the Court apprised of your current address, you will receive all court decisions which might affect the status of your case. Moreover, Plaintiff is reminded and cautioned that motions seeking information on the status of the case should not be filed in the future.

In addition to each of the above motions, Plaintiff has also filed a series of documents and other improper filings in this case. (*See e.g.*, ECF Nos. 3 (notice of Defendant's policy and procedure); 7 ("notification of intent to punish"); 8 (letter); 12 (request for default.)) These documents are procedurally improper and/or violate the Court's General Order 2021-05. The Court understands that you are proceeding *pro se* and it may be difficult to understand the process of litigation. However, Plaintiff is advised that all litigants, whether appearing *pro se* or represented by an attorney, are required to follow the Federal Rules of Civil Procedure, the Local Rules of this District, and this Court's standing orders. *See, e.g.*, *Briones v. Rivera Hotel & Casino*, 116 F.3d 379, 382 (9th Cir. 1997) ("pro se litigants are not excused from following court rules"); *King Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("[p]ro se litigants must follow the same rules of procedure that govern other litigants"), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012.) Plaintiff is cautioned that the Court may strike any additional motion or improper filing that fails to comply with these basic requirements.

For all these reasons, Plaintiff's motions, (ECF Nos. 9, 11), are **DENIED**.

**IT IS SO ORDERED.**

DATED: November 6, 2026

UNITED STATES MAGISTRATE JUDGE